fIN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RAMIRO R. URBINA,                        :
    Plaintiff                           :          No. 1:22-cv-01491
                                        :
    v.                                  :          (Judge Kane)
                                        :
BUREAU OF PRISONS PHYSICIAN,             :
    Defendant                           :

<u>ORDER</u>

**AND NOW**, on this 6th day of March 2023, upon consideration of <u>pro</u> <u>se</u> Plaintiff

Ramiro R. Urbina ("Plaintiff")'s complaint (Doc. No. 1), motion for leave to proceed <u>in</u> <u>forma</u>

<u>pauperis</u> (Doc. No. 9), and prisoner trust fund account statement (Doc. No. 10), and in

accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1.    Plaintiff's motion for leave to proceed <u>in</u> <u>forma</u> <u>pauperis</u> (Doc. No. 9) is **GRANTED**, and his complaint (Doc. No. 1) is **DEEMED** filed;

2.    Plaintiff shall pay the full filing fee of $350.00 based on the financial information provided in the application to proceed <u>in</u> <u>forma</u> <u>pauperis</u>.  The full filing fee shall be paid regardless of the outcome of the litigation;

3.    Pursuant to 28 U.S.C. § 1915(b)(1) and (2), the Superintendent/Warden or other appropriate official at Plaintiff's place of confinement is directed to deduct an initial partial filing fee of 20% of the greater of:

    a.    The average monthly deposits in the inmate's prison account for the past six months, or

    b.    The average monthly balance in the inmate's prison account for the past six months.

The initial partial filing fee shall be forwarded to the Clerk of the United States District Court for the Middle District of Pennsylvania, P.O. Box 1148, Scranton, Pennsylvania, 18501-1148, to be credited to the above-captioned docket number. In each succeeding month, when the amount in Plaintiff's inmate trust fund account exceeds $10.00, the Superintendent/Warden or other appropriate official shall forward payments to the Clerk of Court equaling 20% of the preceding month's income credited to Plaintiff's inmate trust fund account until the fees are paid.  Each payment shall reference the above-captioned docket number;

4.     The Clerk of Court is directed to **SEND** a copy of this Order to the Superintendent/Warden of the institution where Plaintiff is presently confined;

5.     Plaintiff's complaint is subject to dismissal under 28 U.S.C. § 1915(e)(2) for failure to state a claim since, on the face of his complaint, relief is barred by the applicable statute of limitations;

6.     Plaintiff shall **SHOW CAUSE** within **fourteen (14) days** of the date of this Order why his complaint should not be dismissed based upon statute of limitations grounds; and

7.     If Plaintiff fails to respond within the fourteen (14) days or seek an extension of time to do so or fails to show cause, then this action may be dismissed.


                                        s/ Yvette Kane
                                        Yvette Kane, District Judge
                                        United States District Court
                                        Middle District of Pennsylvania